**NATIONAL LABOR RELATIONS BOARD, Petitioner**

v.

**Henry CRENSHAW d/b/a etc.**

**No. 17207.**

United States Court of Appeals
Eighth Circuit.

Dec. 3, 1962.

Dominick L. Manoli, Assoc. Gen. Counsel, National Labor Relations Board and Marcel Mallet-Prevost, Asst. Gen. Counsel, National Labor Relations Board, for petitioner.

No counsel for respondent.

**744**

PER CURIAM.

Petition for enforcement of order of National Labor Relations Board enforced pursuant to stipulation for consent decree filed with Board and petition of Board for enforcement.